UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Trudy Ewald

Case No.: 16-19232/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

___JOSEPH D. MARCHAND___, ___TRUSTEE___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr.___ on ___September 20, 2016___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
108 Fairview Avenue
West Berlin, NJ
FMV - $191,000.00

Liens on property:
Bayview Financial - $368,364.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-19232-JNP
Trudy M. Ewald                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2            Date Rcvd: Aug 19, 2016
                             Form ID: pdf905          Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
db             Trudy M. Ewald,    108 Fairview Ave,    West Berlin, NJ 08091-9226
516172218      Credit Acceptance,    Attn: Bankruptcy Dept,    25505 W 12 Mile Rd Ste 3000,
                Southfield, MI 48034-8331
516172219      Delmarva Power And Pepco,    Fka Atlantic City Electric,    5 Collins Dr Ste 2133,
                Penns Grove, NJ 08069-3600
516172226      Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
516172229     #Stephen Einstein & Associates, PC,    20 Vesey St RM 1406,    New York, NY 10007-4217
516172230      Town & Country, Inc.,    PO Box 664,   Waterford Works, NJ 08089-0664
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2016 22:45:13      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2016 22:45:10      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516172212      E-mail/Text: ACF-EBN@acf-inc.com Aug 19 2016 22:44:34      Atlantic Credit & Finance,
                PO Box 12966,   Roanoke, VA 24030-2966
516172213     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 19 2016 22:45:41
                Bayview Financial Loan,    Bankruptcy Dept,   4425 Ponce De Leon Blvd 5th FL,
                Coral Gables, FL 33146-1873
516172215      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 19 2016 22:47:58      Capital One Bank,
                C/O American Infosource,    PO Box 54529,   Oklahoma City, OK 73154-1529
516172220     +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Aug 19 2016 22:41:05      Exeter Fin,
                Po Box 166097,   Irving, TX 75016-6097
516172221     +E-mail/Text: mmbk@fenton-mcgarvey.com Aug 19 2016 22:44:35      Fenton & McGarvey Law,
                2401 Stanley Gault Pkwy,    Louisville, KY 40223-4175
516172224     +E-mail/Text: bankruptcy@icsystem.com Aug 19 2016 22:45:51      IC System,    PO Box 64794,
                Saint Paul, MN 55164-0794
516172225     +E-mail/Text: kmorgan@morganlaw.com Aug 19 2016 22:46:05      Morgan, Bornstein & Morgan,
                1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3229
516172227     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2016 22:40:48
                Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
516172228     +E-mail/Text: appebnmailbox@sprint.com Aug 19 2016 22:45:07      Sprint,    PO Box 105243,
                Atlanta, GA 30348-5243
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516172214*    +Bayview Financial Loan,    Bankruptcy Dept,   4425 Ponce De Leon Blvd 5th FL,
                Coral Gables, FL 33146-1873
516172216*     Capital One Bank,    C/O American Infosource,    PO Box 54529,   Oklahoma City, OK 73154-1529
516172217*     Capital One Bank,    C/O American Infosource,    PO Box 54529,   Oklahoma City, OK 73154-1529
516172222*    +Fenton & McGarvey Law,    2401 Stanley Gault Pkwy,    Louisville, KY 40223-4175
516172223*    +Fenton & McGarvey Law,    2401 Stanley Gault Pkwy,    Louisville, KY 40223-4175
                                                                                TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 19, 2016
                              Form ID: pdf905          Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2016 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
         Lee Martin Perlman    on behalf of Debtor Trudy M. Ewald ecf@newjerseybankruptcy.com, lmpcourt@gmail.com

                                                                             TOTAL: 3

Case 16-19232-JNP    Doc 9    Filed 08/21/16    Entered 08/22/16 00:29:22    Desc Imaged
Certificate of Notice    Page 3 of 3