Form 170 – ntchrgdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 16−19232−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Trudy M. Ewald
   108 Fairview Ave
   West Berlin, NJ 08091−9226

Social Security No.:
   xxx−xx−2419

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Joseph Marchand, Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐    The corporate debtor is self−represented.

   ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Jerrold N. Poslusny Jr. on,

Date: 11/1/16
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Dated: September 16, 2016
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 16-19232-JNP
Trudy M. Ewald                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 16, 2016
                              Form ID: 170             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
db              Trudy M. Ewald,    108 Fairview Ave,    West Berlin, NJ 08091-9226
516172218       Credit Acceptance,    Attn: Bankruptcy Dept,    25505 W 12 Mile Rd Ste 3000,
                  Southfield, MI 48034-8331
516172219       Delmarva Power And Pepco,    Fka Atlantic City Electric,    5 Collins Dr Ste 2133,
                  Penns Grove, NJ 08069-3600
516172226       Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
516172229       #Stephen Einstein & Associates, PC,    20 Vesey St RM 1406,    New York, NY 10007-4217
516172230       Town & Country, Inc.,    PO Box 664,    Waterford Works, NJ 08089-0664
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 16 2016 23:36:17      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 16 2016 23:36:12      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516172212       E-mail/Text: ACF-EBN@acf-inc.com Sep 16 2016 23:35:29      Atlantic Credit & Finance,
                  PO Box 12966,    Roanoke, VA 24030-2966
516172213      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 16 2016 23:36:46
                  Bayview Financial Loan,    Bankruptcy Dept,    4425 Ponce De Leon Blvd 5th FL,
                  Coral Gables, FL 33146-1873
516172215       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2016 01:44:01      Capital One Bank,
                  C/O American Infosource,    PO Box 54529,    Oklahoma City, OK 73154-1529
516172220      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Sep 17 2016 00:09:20      Exeter Fin,
                  Po Box 166097,    Irving, TX 75016-6097
516172221      +E-mail/Text: mmbk@fenton-mcgarvey.com Sep 16 2016 23:35:31      Fenton & McGarvey Law,
                  2401 Stanley Gault Pkwy,    Louisville, KY 40223-4175
516172224      +E-mail/Text: bankruptcy@icsystem.com Sep 16 2016 23:36:56      IC System,    PO Box 64794,
                  Saint Paul, MN 55164-0794
516172225      +E-mail/Text: kmorgan@morganlaw.com Sep 16 2016 23:37:15      Morgan, Bornstein & Morgan,
                  1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3229
516172227      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 16 2016 23:45:06
                  Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
516172228      +E-mail/Text: appebnmailbox@sprint.com Sep 16 2016 23:36:10      Sprint,    PO Box 105243,
                  Atlanta, GA 30348-5243
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516172214*     +Bayview Financial Loan,    Bankruptcy Dept,    4425 Ponce De Leon Blvd 5th FL,
                  Coral Gables, FL 33146-1873
516172216*      Capital One Bank,    C/O American Infosource,    PO Box 54529,    Oklahoma City, OK 73154-1529
516172217*      Capital One Bank,    C/O American Infosource,    PO Box 54529,    Oklahoma City, OK 73154-1529
516172222*     +Fenton & McGarvey Law,    2401 Stanley Gault Pkwy,    Louisville, KY 40223-4175
516172223*     +Fenton & McGarvey Law,    2401 Stanley Gault Pkwy,    Louisville, KY 40223-4175
                                                                                               TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Sep 16, 2016
                               Form ID: 170             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2016 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com

        Lee Martin Perlman    on behalf of Debtor Trudy M. Ewald ecf@newjerseybankruptcy.com, lmpcourt@gmail.com

        TOTAL: 3