**Order Filed on November 1, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
Chapter 7 Trustee
117-119 West Broad Street
P.O. Box 298
Bridgeton, NJ 08302
(856) 451-7600
JM:5998

In Re:                                         Case No. 16-19232/JNP

Trudy M. Ewald  ,                              Hearing Date: November 1, 2016

Debtor(s)                                      Judge: Jerrold N. Poslusny, Jr.

### ORDER REGARDING TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following pages, numbered two (2) through two (2), is hereby ORDERED.

**DATED: November 1, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Upon consideration of the application by Joseph D. Marchand, Esquire, acting Chapter 7 Trustee appointed to administer the Bankruptcy Estate of Trudy M. Ewald, for an Order to Dismiss the debtor(s) Bankruptcy Petition for failure to cooperate with the Trustee, and All Parties in Interest having been noticed with the Motion now presented before the Court, and the Court having reviewed the moving papers, and good cause appearing therefore, it is hereby

____    ~~**ORDERED THAT** the Bankruptcy Petition filed under Case No. 16-19232/JNP on behalf of Trudy M. Ewald, is hereby dismissed for debtor(s) failure to cooperate with the Chapter 7 Trustee and any discharge that was granted is vacated~~.                             **OR**

_XX_    **ORDERED THAT** petitioner(s), Trudy M. Ewald, shall pay counsel fees to Joseph D. Marchand, Esquire in the sum of $300.00 by Certified Check or Money Order within two weeks from the execution of this Order.