UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on November 1,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey**

Joseph D. Marchand, Esquire
Chapter 7 Trustee
117-119 West Broad Street
P.O. Box 298
Bridgeton, NJ 08302
(856) 451-7600
JM:5998

In Re:

Trudy M. Ewald   ,

Debtor(s)

Case No. 16-19232/JNP

Hearing Date:  November 1, 2016

Judge:  Jerrold N. Poslusny, Jr.

## ORDER REGARDING TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following pages, numbered two (2) through two (2), is
hereby ORDERED.

DATED: November 1, 2016

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Upon consideration of the application by Joseph D. Marchand, Esquire, acting Chapter 7 Trustee appointed to administer the Bankruptcy Estate of Trudy M. Ewald, for an Order to Dismiss the debtor(s) Bankruptcy Petition for failure to cooperate with the Trustee, and All Parties in Interest having been noticed with the Motion now presented before the Court, and the Court having reviewed the moving papers, and good cause appearing therefore, it is hereby

~~_____    **ORDERED THAT** the Bankruptcy Petition filed under Case No. 16-19232/JNP on behalf of Trudy M. Ewald, is hereby dismissed for debtor(s) failure to cooperate with the Chapter 7 Trustee and any discharge that was granted is vacated.~~                                        **OR**

_XX_    **ORDERED THAT** petitioner(s), Trudy M. Ewald, shall pay counsel fees to Joseph D. Marchand, Esquire in the sum of $300.00 by Certified Check or Money Order within two weeks from the execution of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-19232-JNP
Trudy M. Ewald                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Nov 01, 2016
                             Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.
db              Trudy M. Ewald,    108 Fairview Ave,    West Berlin, NJ  08091-9226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph  Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Lee Martin Perlman    on behalf of Debtor Trudy M. Ewald ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
                                                                              TOTAL: 3